JETTIE BASS v. STATE.

No. 24404. June 8, 1949.

No attorney of record on appeal for appellant.

*H. P. Kucera,* City Attorney, *R. A. McBean* and *W. K. Chapman,* Assistants City Attorney, Dallas, and *Ernest S. Goens,* State's Attorney, Austin, for the state.

KRUEGER, Judge.

The record before us reflects that appellant was charged by complaint in the corporation court of the city of Dallas with being a vagrant. From a judgment of conviction in said court, he appealed to the county court where upon trial in that court he was found guilty and his punishment was assessed at a fine of $100. From said judgment, he has appealed to this court.

The city attorney of the city of Dallas has filed a motion in this court requesting that the appeal be dismissed, because the judgment in this case is final since the fine imposed is not in excess of $100. The statute provides that in all cases appealed

from an inferior court to the county court where the fine imposed by said latter court does not exceed $100, the judgment is final and no appeal lies. See Grigsby v. State, 79 Tex. Cr. R. 84 (183 S. W. 143); Foard v. State, 79 Tex. Cr. R. 330 (185 S. W. 570); and Vernon's Ann. C. C. P., Art. 53 (formerly Art. 87) where many authorities are cited under Note 2.

The appeal is dismissed.

Opinion approved by the Court.